UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

DAVID SHELL, *et al.*,                    )
                                          )
                Plaintiffs,               )
                                          )
v.                                        )        No.:   3:17-CV-59-TAV-HBG
                                          )
DAVID PURKEY, *et al.*,                   )
                                          )
                Defendants.               )

## **ORDER**

This civil matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge H. Bruce Guyton, on June 23, 2017 (the "R&R") [Doc. 55]. In the R&R, Judge Guyton recommends that plaintiffs' Motion to Certify Class [Doc. 2] be denied with leave to refile after the parties have completed the discovery necessary to properly consider the merits of class certification. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. As such, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 55]. Plaintiffs' Motion to Certify Class [Doc. 2] is hereby **DENIED without prejudice**.

IT IS SO ORDERED.

                              s/ Thomas A. Varlan
                              CHIEF UNITED STATES DISTRICT JUDGE